# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

**U.S.A. vs. Scott Thomas Radcliff**　　　　　　　　　　**Docket No. 4:12-CR-35-1BO**

### Petition for Action on Supervised Release

COMES NOW J. Brock Knight, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Scott Thomas Radcliff, who, upon an earlier plea of guilty to Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on September 18, 2012, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court.

Scott Thomas Radcliff was released from custody on December 5, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 24, 2014, the defendant was arrested and charged in Belhaven, North Carolina, with Driving While Impaired (14CR50899) and Unauthorized Use of a Motor Vehicle (14CR50921). The charges are pending adjudication in Beaufort County District Court. When confronted by the undersigned probation officer on May 28, 2014, the defendant admitted he was operating his mother's motor vehicle without her permission after consuming alcohol, and expressed sincere remorse for his conduct. Release from state custody was authorized on May 24, 2014, after the defendant posted a $1,500 secured bond. As a sanction for this conduct, service of 10 days custody and participation in substance abuse treatment are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Scott Thomas Radcliff
Docket No. 4:12-CR-35-1BO
Petition For Action
Page 2

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 consecutive days and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield | /s/ J. Brock Knight |
| Dwayne K. Benfield | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-758-7200 |
| | Executed On: June 5, 2014 |

## ORDER OF COURT

Considered and ordered this ___5___ day of ___June___, 2014, and ordered filed and made a part of the records in the above case.

_Terrence Boyle_
Terrence W. Boyle
U.S. District Judge